UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                   :

EILEEN POOLE,                         :

                           Plaintiff,    :

                                 :           26-CV-806 (VSB)

               -against-       :

                               :           **ORDER**

SUNSTATES SECURITY, LLC, DAWN   :
DECARLO, and JUAN ISALES,      :

                               :

                    Defendants.   :

                               :
------------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.


SO ORDERED.


Dated:      June 22, 2026
           New York, New York

                                  Vernon S. Broderick
                                  United States District Judge